**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 West Main St.**
**Maple Shade, NJ 08052**
**Phone: 856-482-5544 / Fax: 856-482-5511**
**tegner@McDowellLegal.com**
*Attorneys for Debtor*

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **In the Matter of** | : | Case No. 23-11033-ABA |
| | : | |
| **Rosalind Lenice Coleman,** | : | Chapter 13 |
| | : | |
| Debtor. | : | Judge: Altenburg |

---

**Application of Thomas G. Egner, Esq. for Approval of Supplemental Attorney's Fees**

TO:   HONORABLE ANDREW B. ALTENBURG, JR.
      UNITED STATES BANKRUPTCY COURT

The Application of Thomas G. Egner respectfully represents:

## **BACKGROUND**

1. On February 8, 2023, Rosalind Lenice Coleman (the Debtor) filed the instant Chapter 13 case.

2. I represent the Debtor in the above referenced case.

3. By agreement with the Debtor, billing for this case is pursuant to DNJ LBR 2016-5(b).

4. On August 24, 2023, the Debtor's Chapter 13 plan was confirmed.

5. All compensation for services in this supplemental fee application are for services:

1

      i.)    incurred following plan confirmation and **not** an administrative service required subsequent to plan confirmation; or

      ii.)    specifically excluded from the flat fee pursuant to D.N.J. LBR 2016-5(b)(1), (2), or (3).

6. All professional services for which this fee application is requested were performed by me or members of my firm and not on behalf of anyone other than the Chapter 13 Bankruptcy Estate or the Debtor.

## **NARRATIVE STATEMENT OF SERVICES PROVIDED**

7. Counsel assisted the Debtor regarding the Creditor's Certification of Default filed February 22, 2024 on behalf of Cross Country Mortgage, LLC.

8. Counsel retrieved the Certification of Default from the docket and reviewed with paralegal.

9. Counsel communicated with Debtor regarding resolution to the Certification of Default, prepared the Certification in Opposition to the Certification of Default, and filed same with the Court on March 7, 2024.

10. Counsel continued communicating with Debtor via email, text messages, and phone calls regarding resolution to Certification of Default.

11. Counsel prepared and filed Withdrawal of Opposition to Creditor's Certification of Default on April 26, 2024.

12. Counsel retrieved the Order Granting Motion for Relief from the docket, and prepared and mailed same to the Debtor.

13. Attached as Exhibit A is an itemized statement of the dates of services rendered, the identity of the person rendering the services, the billing rate for each person, as well as a summary of time spent by each person performing the actual services.

## REQUEST FOR APPROVAL OF FEES

14. My firm is entitled to **$570.00** of legal fees for time spent on this matter. *See Exhibit A*.

## IMPACT ON PLAN PAYMENTS

15. This allowance will increase Plan payments from $317 per month to $337 per month for the remaining 32 months of the Plan to allow for payment of the requested fee.

I hereby certify that the above statements by me are true and correct, under penalty of perjury.

BY: */s/ Thomas G. Egner*　　　　　　　　　　　　　　　　　　Date: 05/13/2024
　　　Thomas G. Egner

3